# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **GRAND JURY ORIGINAL** |
| **LAFONZO WILLIAMS,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 2114(a)** |
| Defendant. | : | **(Robbery of Mail, Money, or Other** |
| | : | **Property of the United States)** |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 981(a)(1)(C)** |
| | : | **28 U.S.C. § 2461(c), and 21 U.S.C. 853(p)** |
| | : | **UNDER SEAL** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 5, 2018, within the District of Columbia, **LAFONZO WILLIAMS**, did rob or attempt to rob Antione Dillard, a person having lawful charge, custody, and control of United States mail matter, money, and other property of the United Sates, specifically, more than $70,000 in United States currency. In attempting to effect the robbery, **LAFONZO WILLIAMS**, used a dangerous weapon, that is, a knife, putting the postal employee's life in jeopardy.

(**Robbery of Mail, Money, or Other Property of the United States**, in violation of Title 18, United States Code, Section 2114(a))

### FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds

traceable to this offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendant in the amount of $72,974.00. The United States will also seek the forfeiture of the following specific property - a 2008 pearl white Cadillac Escalade bearing Vehicle Identification Number 1GYFK63868R127720.

      2.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia